UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MELINDA S. RIVERA,   )<br>             Plaintiff,   )<br>                          )<br>     v.                   )<br>                          )<br>CAROLYN W. COLVIN, Acting Commissioner   )<br>of Social Security,       )<br>             Defendant.   ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-384-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 19] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 13] is DENIED, defendant's motion for judgment on the pleadings [D.E. 15] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on July 5, 2016, and Copies To:**

| | |
|---|---|
| Bethany Morris Hukill | (via CM/ECF Notice of Electronic Filing) |
| George G. Davidson | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>July 5, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Crystal Jenkins<br>Deputy Clerk |